IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CALVIN RICHMOND                                                                                  PETITIONER

VS.                                  CASE NO. 2:05CV00238 JLH

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                    RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

SO ORDERED this 17th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE